IN THE COURT OF COMMON PLEAS OF MCKEAN COUNTY, PENNSYLVANIA

| | |
|---|---|
| FREDERICK W. ERNST AND VIRGINIA R. ERNST,<br><br>               Plaintiffs,<br><br>v.<br><br>LORRAINE D. DONAHOE AND US XPRESS LEASING, INC.,<br><br>               Defendants. | CIVIL DIVISION<br><br>No.  **25 CD 2022**<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>Filed on behalf of DEFENDANT US XPRESS LEASING, INC.<br><br>Counsel of record for this party:<br>Edward M. Vavro, Jr., Esquire<br>PA I.D.# 80401<br><br>evavro@dmclaw.com<br><br>Dickie, McCamey & Chilcote, P.C.<br>Firm #067<br>Two PPG Place, Suite 400<br>Pittsburgh, PA  15222-5402<br><br>(412) 281-7272<br><br>**JURY TRIAL DEMANDED** |

IN THE COURT OF COMMON PLEAS OF MCKEAN COUNTY, PENNSYLVANIA

| | |
|---|---|
| FREDERICK W. ERNST AND VIRGINIA R. ERNST,<br><br>          Plaintiffs,<br><br>v.<br><br>LORRAINE D. DONAHOE AND US XPRESS LEASING, INC.,<br><br>          Defendants. | CIVIL DIVISION<br><br>No. **25 CD 2022** |

### NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

PLEASE TAKE NOTICE that on the 11th day of February, 2022, the undersigned attorney for Defendant US Xpress Leasing, Inc., filed a verified Notice of Removal of this action from the Court of Common Pleas of McKean County, Pennsylvania, to the United States District Court of the Western District of Pennsylvania. A true and correct copy of said Notice of Removal, which has been filed with the United States District Court for the Western District of Pennsylvania, is attached hereto and made a part hereof.

Please take further notice that pursuant to 28 U.S.C. § 1332, the filing of the Notice of Removal in the United States District Court for the Western District of Pennsylvania, and the filing of this Notice, effectuates the removal of this action and the above-captioned court may proceed no further unless and until the case is remanded.

                                            Respectfully submitted,

                                            DICKIE, McCAMEY & CHILCOTE, P.C.

                                            By: _____
                                            Edward M. Vavro, Jr., Esquire
                                            Two PPG Place, Suite 400
                                            Pittsburgh, PA 15222-5402
                                            Counsel for Defendant US Xpress Leasing, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and copy of the foregoing Notice of Removal of Action to Federal Court was served this 11th day of February, 2022, by electronic delivery upon the following:

>Robert B. Elion, Esquire
>125 East Third Street
>Williamsport, PA 17701
>relion@elionlaw.com
>*Counsel for Plaintiffs*
>
>David B. Ross, Esquire
>One East Third Street
>P.O. Box 310
>Coudersport, PA 16915
>therosslawfirm@gmail.com
>*Counsel for Plaintiffs*
>
>By Regular U.S. Mail:
>Lorraine D. Donahoe
>4262 Medina River Loop
>Spring, TX 77386

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By: *Edward M Vavro Jr. /mn*
Edward M. Vavro, Jr., Esquire
Two PPG Place
Pittsburgh, PA 15222-5402
(412) 281-7272
Counsel for Defendant US Xpress Leasing, Inc.

## CERTIFICATE OF COMPLIANCE

"I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents."

Submitted by: Edward M. Vavro, Jr.
Signature: _____
Name: Edward M. Vavro, Jr.
Attorney No. (if applicable): 80401

13905368.1